UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                     CASE NO. 08 B 17592
   CUAUHTEMOC ESTRADA
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-8693
```

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 07/09/2008 and was not confirmed.

    The case was dismissed without confirmation 10/27/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HIGHLAND COMMUNITY BANK | CURRENT MORTG | .00 | .00 | .00 |
| HIGHLAND COMMUNITY BANK | MORTGAGE ARRE | 10000.00 | .00 | .00 |
| AMERICREDIT FINANCIAL SV | UNSECURED | 599.76 | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN BANK | UNSECURED | NOT FILED | .00 | .00 |
| DIRECTV | UNSECURED | NOT FILED | .00 | .00 |
| AT&T BROADBAND | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS CO | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| ROSEMARY ESTRADA | NOTICE ONLY | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 8782.05 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 100.37 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 122.03 | .00 | .00 |
| BURNS & WINCEK LTD | DEBTOR ATTY | 3,000.00 | | 742.40 |
| TOM VAUGHN | TRUSTEE | | | 57.60 |
| DEBTOR REFUND | REFUND | | | 400.00 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 1,200.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 742.40 |
| TRUSTEE COMPENSATION | | 57.60 |
| DEBTOR REFUND | | 400.00 |
| TOTALS | 1,200.00 | 1,200.00 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 17592 CUAUHTEMOC ESTRADA

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
Dated: 01/26/09              _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE